UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KHAGENDRA PRASAD SILWAL               CIVIL ACTION NO. 1:26-CV-01402
#A221-149-331                         SEC P

VERSUS                                JUDGE EDWARDS

E GARCIA ET AL                        MAGISTRATE JUDGE WHITEHURST

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and, after a de novo review of the record, finding the recommendation of the Magistrate Judge to be correct under applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Khagendra Prasad Silwal's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 26th day of May, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE